### 17765.  HILSON *v.* THE STATE.

BROYLES, C. J.  There was no evidence authorizing the defendant's conviction of the offense charged, and the refusal to grant him a new trial was error.

*Judgment reversed.  Luke, J., concurs.  Bloodworth, J, absent on account of illness.*

DECIDED JANUARY 11, 1927.

Possession of apparatus for making liquor; from city court of Sandersville—Judge Goodwin.  October 20, 1926.

It was testified that in the defendant's home were two barrels of mobby, "prepared to make liquor from," and a wash-pot and a galvanized tin lid which fit the pot fairly well; that the pot was "an ordinary wash-pot such as negroes use for washing purposes," but "there was nothing about it to show that it had ever been used for making any liquor;" that the mobby was made of corn, water, and syrup, and liquor could have been made from it, but the witnesses could not say whether it had been run through a still; it looked as if it had been cooked; the rim of the wash-pot had on it something that looked like dried dough, but there was nothing on the lid; that the defendant said he had not made any liquor since Christmas, and he made it with a borrowed still.  The defendant, in his statement at the trial, said that the stuff which they said he had for making whisky was for feeding his hogs; that he had the wash-pot in his house to keep anybody from stealing it; that he found the lid in the road, and that he was not guilty of making whisky and did not have any of these things for that purpose.

*J. J. Harris,* for plaintiff in error, cited 24 *Ga. App.* 319 (1).
*George C. Evans, solicitor,* contra.

---

. Intoxicating Liquors, 33 C. J. p. 761, n. 53.